Submitted on remand from the Oregon Supreme Court April 7, on appeal, affirmed; on cross-appeal, reversed and remanded for entry of judgment for respondent - cross-appellant Wilsonville Holiday Partners, LLC, June 16, petition for review denied October 7, 2010 (349 Or 171)

Aladdin H. HANDAM,
*Plaintiff-Appellant*
*Cross-Respondent,*

*v.*

WILSONVILLE HOLIDAY PARTNERS, LLC,
an Oregon limited liability company,
dba Wilsonville Holiday Inn,
*Defendant-Respondent*
*Cross-Appellant,*

*and*

Gerardo PEREGRINA
and Lockhart Investments, LLC,
dba Lockhart Investments Management Group
and Lockhart Investments,
*Defendants-Respondents.*

Washington County Circuit Court
C040634CV; A128759

234 P3d 133

Jeremy L. Fellows for appellant - cross-respondent.

John R. Osburn, Stephen F. Deatherage, and Bullivant Houser Bailey PC for respondent - cross-appellant Wilsonville Holiday Partners, LLC, and respondent Gerardo Peregrina.

No appearance for respondent Lockhart Investments, LLC.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM

**PER CURIAM**

This case is before us on remand from the Oregon Supreme Court, *Handam v. Wilsonville Holiday Partners, LLC*, 347 Or 533, 225 P3d 43 (2010), with instructions to reconsider it in light of the court's decision in *Lamson v. Crater Lake Motors, Inc.*, 346 Or 628, 216 P3d 852 (2009), which affirmed our decision in *Lamson v. Crater Lake Motors, Inc.*, 216 Or App 366, 173 P3d 1242 (2007). On remand, we observe that the Supreme Court's decision in *Lamson* makes it clear that we applied the correct legal test in our original opinion in this case, *Handam v. Wilsonville Holiday Partners, LLC*, 225 Or App 442, 201 P3d 920 (2009) (*Handam I*). The reasoning and result set forth in *Handam I* are consistent with the Supreme Court's analysis in *Lamson*. Accordingly, we adhere to our original opinion and disposition in this case; for the reasons set forth in *Handam I*, we affirm on appeal and reverse and remand on cross-appeal.

On appeal, affirmed; on cross-appeal, reversed and remanded for entry of judgment for respondent-cross-appellant Wilsonville Holiday Partners, LLC.